Teresa C. Chow (SBN 237694)
Dyanne J. Cho (SBN 306190)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:     310.820.8859
Email:          *tchow@bakerlaw.com*
                    *dcho@bakerlaw.com*

*Attorneys for Defendant*
THERAPYMATCH, INC. d/b/a HEADWAY

ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
RACHAEL G. JUNG (SBN 239323)
rjung@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, CA 94103
Telephone:    415.543.1305
Facscimile:   415.543.7861

SCOT BERNSTEIN (SBN 94915)
swampadero@sbernsteinlaw.com
**LAW OFFICES OF SCOT D. BERNSTEIN, A PROFESSIONAL CORPORATION**
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:    916.447.0100
Facsimile:     916.933.5533

DON BIVENS (*pro hac vice forthcoming*)
don@donbivens.com
**DON BIVENS, PLLC**
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone:    602.708.1450

*Attorneys for Plaintiff*
M.G., individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G., individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>THERAPYMATCH, INC. d/b/a HEADWAY; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No.: 3:23-cv-04422-CRB<br><br>Hon. Charles R. Breyer<br><br>**STIPULATION REGARDING AMENDED COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND THERETO**<br><br>Complaint Filed:                07/06/2023<br>Action Removed:                08/25/2023<br>Current Response Deadline: 10/02/2023<br>New Response Deadline:      11/02/2023 |

1   Plaintiff M.G. ("Plaintiff") and Defendant Therapymatch, Inc. d/b/a Headway
2   ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate
3   and agree, subject to Court approval, as follows ("Stipulation"):

4   WHEREAS, on July 6, 2023, Plaintiff filed a putative class action complaint (the
5   "Complaint" or "Comp.") against Defendant in the Superior Court of California, County of
6   Alameda in the case captioned *M.G. v. Therapymatch, Inc., d/b/a Headway, et al.*, Case No.
7   23CV037579 (the "State Court Action");

8   WHEREAS, on August 25, 2023, Defendant timely removed the State Court Action to
9   this Court [ECF No. 1];

10  WHEREAS, pursuant to the Parties' Stipulation to Extend Defendant's Time to Respond
11  to Complaint [L.R. 6-1(a)] [ECF No. 5], Defendant's deadline to respond to the Complaint is
12  currently October 2, 2023;

13  WHEREAS, in the Third Cause of Action in the Complaint for Violation of the California
14  Consumer Privacy Act ("CCPA"), Plaintiff alleges "[b]y no later than July 14, 2023, Plaintiff's
15  counsel will have sent a notice letter to Defendant's registered service agent via FedEx Priority.
16  Assuming Defendant does not cure the alleged breach, Plaintiff will promptly amend this
17  complaint, on behalf of himself and the Headway Website class, to seek up to $750 in statutory
18  damages per consumer per incident as provided for by § 1798.150(a)(1)(A)."  Comp. ¶ 107 [ECF
19  No. 1-1];

20  WHEREAS, Plaintiff intends to amend his Third Cause of Action (Comp. ¶¶ 93-107) and
21  Prayer for Relief related to the Third Cause of Action;

22  WHEREAS, by entering into this Stipulation, Defendant does not concede the truth of any
23  allegations asserted in the amended complaint or that Plaintiff is entitled to the statutory damages
24  or any other relief sought, and Defendant does not waive any rights or defenses at law or in
25  equity, all of which are expressly reserved;

26  WHEREAS, the Parties agree that, in the interest of judicial economy and conserving the
27  Parties' and the Court's resources and time, in lieu of Defendant's filing a response on October 2,
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

2023 to the currently operative Complaint, Plaintiff will file an amended complaint by October 3, 2023;

WHEREAS, if Defendant files any responsive pleading other than an answer, the Parties agree Plaintiff shall have twenty-eight (28) days to oppose such Defendant's motion;

WHEREAS, the Parties agree Defendant shall have fourteen (14) days to file a reply to Plaintiff's opposition; and

WHEREAS, the Parties further agree that, to avoid any prejudice or inconvenience to the Court, the hearing date on Defendant's motion shall be set for no less than 14 days after the date by which Defendant must file its reply to Plaintiff's opposition.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their respective undersigned counsel, subject to Court approval, that:

(1) Plaintiff shall have until **October 3, 2023** to file the contemplated amended complaint, and Defendant's deadline to respond to the currently operative Complaint is accordingly mooted;

(2) Defendant shall have thirty (30) days to respond to the amended complaint, up to and including **November 2, 2023**;

(3) If Defendant files any responsive pleading other than an answer, Plaintiff's deadline to oppose such motion shall be **November 30, 2023**;

(4) If Defendant files any responsive pleading other than an answer, Defendant's deadline to file any reply to Plaintiff's opposition thereto shall be **December 14, 2023**;

(5) If Defendant files any responsive pleading other than an answer, Defendant shall notice the hearing on its motion for a date no less than fourteen (14) days after the date by which Defendant must file its reply to Plaintiff's opposition.

**IT IS SO STIPULATED.**

| | |
|---|---|
| | Respectfully submitted, |
| Dated: September 29, 2023 | **BAKER & HOSTETLER LLP** |
| | By: */s/ Teresa C. Chow* <br> TERESA C. CHOW <br> DYANNE J. CHO |
| | *Attorneys for Defendant* <br> THERAPYMATCH, INC. d/b/a HEADWAY |
| Dated: September 29, 2023 | **KELLER GROVER LLP** |
| | By: */s/ Eric A. Grover* <br> ERIC A. GROVER <br> RACHAEL G. JUNG |
| | *Attorneys for Plaintiff* <br> M.G., individually and on behalf of all others similarly situated |

### CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I, Teresa C. Chow, attest that the other signatory listed Eric. A. Grover, on whose behalf the Stipulation is submitted, concurs in the Stipulation's content and has authorized its filing.

| | |
|---|---|
| Dated: September 29, 2023 | */s/ Teresa C. Chow* <br> TERESA C. CHOW |