TERESA C. CHOW (SBN 237694)
tchow@bakerlaw.com
DYANNE J. CHO (SBN 306190)
dcho@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:     310.820.8800
Facsimile:      310.820.8859

*Attorneys for Defendant*
THERAPYMATCH, INC. d/b/a HEADWAY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G., individually and on behalf of a class of similarly situated individuals,<br><br>           Plaintiff,<br><br>     v.<br><br>THERAPYMATCH, INC. d/b/a HEADWAY; and DOES 1 through 100, inclusive,<br><br>           Defendant. | Case No.: 3:23-cv-04422-AMO<br><br>**DEFENDANT THERAPYMATCH, INC. D/B/A HEADWAY'S *AMENDED* NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>Date:            January 18, 2024<br>Time:           2:00 p.m.<br>Location:     Zoom Video Conference<br><br>Complaint Filed:     July 6, 2023<br>Case Removed:      August 25, 2023 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

### *AMENDED* NOTICE OF MOTION AND MOTION TO DISMISS

**TO THE HONORABLE COURT, AND TO PLAINTIFF AND HIS COUNSEL OF RECORD HEREIN:**

**NOTICE IS HEREBY GIVEN** that on January 18, 2024 at 2:00 p.m., or as soon thereafter as the matter may be heard via Zoom video conference by the above-titled Court located at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendant THERAPYMATCH, INC. d/b/a HEADWAY ("Defendant") will and hereby does move the Court to dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 12(b)(6). This Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that Plaintiff fails to state a claim against Defendant upon which relief can be granted.

The Motion is based upon this Amended Notice, the Memorandum of Points and Authorities filed on November 2, 2023 [Dkt. 20], all pleadings, papers and records filed in this action, and such other oral argument and documentary evidence as may be presented at or before the time of adjudication of this Motion.

Dated: November 16, 2023         **BAKER & HOSTETLER LLP**

By:    */s/ Teresa C. Chow*
       TERESA C. CHOW
       DYANNE J. CHO

*Attorneys for Defendant*
THERAPYMATCH, INC. d/b/a HEADWAY

# CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2023, electronically transmitted the following document: **DEFENDANT THERAPYMATCH, INC. D/B/A HEADWAY'S <u>*AMENDED*</u> NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)** to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing on the following:

| | |
|---|---|
| Eric A. Grover<br>Rachael G. Jung<br>**KELLER GROVER LLP**<br>1965 Market Street<br>San Francisco, CA 94103<br>Telephone: 415.543.1305<br>Facsimile: 415.543.7861<br>Emails: eagrover@kellergrover.com<br>rjung@kellergrover.com | Attorneys for Plaintiff<br>M.G., individually and on behalf of all others similarly situated |
| Scot Bernstein<br>**LAW OFFICES OF SCOT D. BERNSTEIN,<br>A PROFESSIONAL CORPORATION**<br>101 Parkshore Drive, Suite 100<br>Folsom, CA 95630<br>Telephone: 916.447.0100<br>Facsimile: 916.933.5533<br>Email: swampadero@sbernsteinlaw.com | |

I further certify that a copy of the foregoing document was mailed via U.S. Mail and transmitted via e-mail to the person(s) listed below:

| | |
|---|---|
| Don Bivens<br>**DON BIVENS, PLLC**<br>15169 N. Scottsdale Road, Suite 205<br>Scottsdale, AZ 85254<br>Telephone: 602.708.1450<br>Emails: don@donbivens.com | *Attorneys for Plaintiff*<br>M.G., individually and on behalf of all others similarly situated |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16, 2023, at Los Angeles, California.

*/s/ Roxana Guevara*
Roxana Guevara