Teresa C. Chow (SBN 237694)
*tchow@bakerlaw.com*
Dyanne J. Cho (SBN 306190)
*dcho@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859

*Attorneys for Defendant*
THERAPYMATCH, INC. d/b/a HEADWAY

ERIC A. GROVER (SBN 136080)
*eagrover@kellergrover.com*
RACHAEL G. JUNG (SBN 239323)
*rjung@kellergrover.com*
**KELLER GROVER LLP**
1965 Market Street
San Francisco, CA 94103
Telephone:  415.543.1305
Facsimile:  415.543.7861

SCOT BERNSTEIN (SBN 94915)
*swampadero@sbernsteinlaw.com*
**LAW OFFICES OF SCOT D. BERNSTEIN, A PROFESSIONAL CORPORATION**
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:  916.447.0100
Facsimile:  916.933.5533

DON BIVENS (*pro hac vice admitted*)
*don@donbivens.com*
**DON BIVENS, PLLC**
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone:  602.708.1450

*Attorneys for Plaintiff*
M.G., individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G., individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THERAPYMATCH, INC. d/b/a HEADWAY; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 3:23-cv-04422-AMO <br><br> **STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS** <br><br> Current Hearing Date: April 18, 2024 <br> New Hearing Date: May 6, 30, or 16, 2024 <br><br> Complaint Filed: July 6, 2023 <br> Action Removed: August 25, 2023 <br> FAC Filed: October 3, 2023 |

1

STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS
CASE NO.: 3:23-CV-04422-AMO

Plaintiff M.G. ("Plaintiff") and Defendant Therapymatch, Inc. d/b/a Headway ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree, subject to Court approval, as follows ("Stipulation"):

WHEREAS, pursuant to the Order re Parties' Stipulation Regarding Amended Complaint and Defendant's Deadline to Respond Thereto [ECF No. 15], Defendant filed a motion to dismiss (the "Motion") on November 2, 2023 [ECF No. 20], with a January 12, 2024 hearing date before the Honorable Charles R. Breyer;

WHEREAS, on November 6, 2023, Judge Breyer recused himself [ECF No. 21] and the case was reassigned to the Honorable Araceli Martinez-Olguin [ECF No. 22];

WHEREAS, on November 6, 2023, the Court issued a Clerk's Notice on Reassignment [ECF No. 23] vacating the January 12, 2024 Motion hearing date; ordering Defendant to re-notice the Motion; setting a deadline for submission of the Joint Case Management Statement on February 1, 2024, and scheduling the Initial Case Management Conference for February 8, 2024;

WHEREAS, on November 16, 2023, the Parties filed a Stipulation regarding the Motion to Dismiss Briefing Schedule [ECF No. 24] setting Plaintiff's deadline to oppose the Motion for December 7, 2023, and setting Defendant's deadline to file any reply to Plaintiff's opposition to the Motion for December 21, 2023;

WHEREAS, on November 16, 2023, Defendant filed an Amended Notice of Motion and Motion to Dismiss [ECF No. 25] with a January 18, 2024 hearing date before the Honorable Araceli Martinez-Olguin;

WHEREAS, on November 21, 2023, the Honorable Araceli Martinez-Olguin issued an amended order [ECF No. 26] granting the Parties' Stipulation re: Motion to Dismiss Briefing Schedule; vacating the January 18, 2024 Motion hearing date; and ordering that the Court would reset the hearing date for the Motion at the Initial Case Management Conference;

WHEREAS, pursuant to the Order Granting Stipulation re: Motion to Dismiss Briefing Schedule [ECF No. 26], Plaintiff filed an opposition to the Motion on December 7, 2023 [ECF No.

27], and Defendant filed a reply to Plaintiff's opposition to the Motion on December 21, 2023 [ECF No. 28];

WHEREAS, on January 16, 2024, the Parties filed a Stipulation Regarding the Case Management Schedule [ECF No. 29] postponing the Initial Case Management Conference until after the hearing on the Motion, and converting the previously scheduled February 8, 2024 Initial Case Management Conference into a Status Hearing;

WHEREAS, on January 18, 2024, the Honorable Araceli Martinez-Olguin issued an order [ECF No. 30] denying the Parties' Stipulation re: Case Management Schedule and inviting the Parties to submit a new stipulation jointly proposing dates for the hearing on the Motion and resetting the Initial Case Management Conference to a later date;

WHEREAS, on January 29, 2024, the Parties filed a Stipulation Regarding Motion to Dismiss Hearing and Case Management Conference [ECF No. 34] and the Court entered an Order Granting Stipulation Regarding Motion to Dismiss Hearing and Case Management Conference [ECF No. 35], which vacated the February 1, 2024 deadline for the Joint Case Management Statement and the Initial Case Management Conference scheduled for February 8, 2024, set the hearing on the Motion for April 18, 2024 at 2:00 p.m., ordered the Parties to submit a joint notice proposing dates for the Initial Case Management Conference within seven days of the Court's order on the Motion, ordered the Parties to conduct a Fed. R. Civ. P. 26(f) conference no later than twenty-one (21) days prior to the new date for the Initial Case Management Conference and make their respective initial disclosures no later than fourteen (14) days after the Fed. R. Civ. P. 2(f) conference; and ordered the Parties to submit a Joint Case Management Statement no later than seven (7) days before the new date for the Initial Case Management Conference;

WHEREAS, undersigned counsel for Defendant who will be the main speaker presenting argument on behalf of Defendant at the hearing on the Motion erroneously believed the April 18 hearing on the Motion would take place via Zoom video conference and belatedly realized the hearing on the Motion would instead be conducted in-person;

1  WHEREAS, undersigned counsel for Defendant is located in Los Angeles, California and
2  the press of other business prevents her from being able to travel to appear in-person for the April
3  18 hearing on the Motion;

4  WHEREAS, undersigned counsel for Plaintiff has confirmed that he intends to appear in-
5  person at any hearing on the Motion and thus undersigned counsel for Defendant would like to
6  appear in-person, rather than remotely;

7  WHEREAS, the Parties have conferred and agree, subject to the Court's approval and
8  availability, that the hearing on the Motion may be continued to allow undersigned counsel for
9  Defendant to appear in-person at such hearing; and

10  WHEREAS, the Parties have consulted the Court's scheduling notes, and based thereon,
11  the Parties are mutually available for a hearing on the Motion at 2:00 p.m. on May 9, 2024 or May
12  30, 2024, and if the Court is unavailable on these dates, the Parties are also available for a hearing
13  on the Motion at 2:00 p.m. on May 16, 2024.

14  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
15  Parties through their respective undersigned counsel, subject to Court approval and availability,
16  that the Court and the Parties will conduct a hearing on the Motion on May 6, May 30, or May 16,
17  2024 at 2:00 p.m.

18  **IT IS SO STIPULATED.**

19  //
20  //

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: April 16, 2024 | **BAKER & HOSTETLER LLP** |

By:   */s/ Teresa C. Chow*
      TERESA C. CHOW
      DYANNE J. CHO

*Attorneys for Defendant*
THERAPYMATCH, INC. d/b/a HEADWAY

Dated: April 16, 2024   **KELLER GROVER LLP**

By:   */s/ Eric A. Grover*
      ERIC A. GROVER
      RACHAEL G. JUNG

*Attorneys for Plaintiff*
M.G., individually and on behalf of all
others similarly situated

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I, Teresa C. Chow, attest that the other signatory listed Eric A. Grover, on whose behalf the Stipulation is submitted, concurs in the Stipulation's content and has authorized its filing.

Dated: April 16, 2024

*/s/ Teresa C. Chow*
TERESA C. CHOW