1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.G., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THERAPYMATCH, INC. d/b/a HEADWAY; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:23-cv-04422-AMO<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS**<br><br>Current Hearing Date: April 18, 2024<br>New Hearing Date: May 6, 30, or 16, 2024<br><br>Complaint Filed: July 6, 2023<br>Action Removed: August 25, 2023<br>FAC Filed: October 3, 2023 |

 Before the Court is Plaintiff M.G. ("Plaintiff") and Defendant Therapymatch, Inc. d/b/a Headway's ("Defendant") Stipulation to Continue Hearing on Motion to Dismiss ("Stipulation"). Having read and considered the Stipulation, the pleadings on file in this matter, and good cause appearing, the Stipulation is hereby GRANTED, and the Court orders as follows:

 The Court and the Parties will conduct a hearing on the Motion on May ___, 2024 at 2:00 p.m.

 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                 HON. ARACELI MARTINEZ-OLGUIN
                 UNITED STATES DISTRICT JUDGE