Teresa C. Chow (SBN 237694)
Dyanne J. Cho (SBN 306190)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:  *tchow@bakerlaw.com*
         *dcho@bakerlaw.com*

*Attorneys for Defendant*
THERAPYMATCH, INC. d/b/a HEADWAY

ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
RACHAEL G. JUNG (SBN 239323)
rjung@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, CA 94103
Telephone:  415.543.1305
Facscimile:  415.543.7861

SCOT BERNSTEIN (SBN 94915)
swampadero@sbernsteinlaw.com
**LAW OFFICES OF SCOT D. BERNSTEIN, A PROFESSIONAL CORPORATION**
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:  916.447.0100
Facscimile:  916.933.5533

DON BIVENS (*pro hac vice admitted*)
don@donbivens.com
**DON BIVENS, PLLC**
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone:  602.708.1450

*Attorneys for Plaintiff*
M.G., individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G., individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>      v.<br><br>THERAPYMATCH, INC. d/b/a HEADWAY; and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No.:  3:23-cv-04422-AMO<br><br>Hon. Araceli Martínez-Olguín<br><br>**STIPULATION REGARDING FILING OF THIRD AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Complaint Filed:     07/06/2023<br>Action Removed:     08/25/2023<br>FAC Filed:           10/03/2023<br>SAC Filed:           10/16/2024 |

1

Plaintiff M.G. ("Plaintiff") and Defendant Therapymatch, Inc. d/b/a Headway ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree, subject to Court approval, as follows ("Stipulation"):

WHEREAS, on July 6, 2023, Plaintiff filed a putative class action complaint against Defendant in the Superior Court of California, County of Alameda in the case captioned *M.G. v. Therapymatch, Inc., d/b/a Headway, et al.*, Case No. 23CV037579 (the "State Court Action");

WHEREAS, on August 25, 2023, Defendant timely removed the State Court Action to this Court [ECF No. 17];

WHEREAS, Plaintiff filed a First Amended Complaint on October 3, 2023 [ECF No. 17];

WHEREAS, on September 16, 2024, the Court issued its Order Granting in Part and Denying in Part Motion to Dismiss the First Amended Complaint [ECF No. 44];

WHEREAS, on October 16, 2024, Plaintiff filed a Second Amended Complaint [ECF No. 49];

WHEREAS, the Parties have met and conferred and agreed that, subject to Court approval, Plaintiff will strike and revise certain paragraphs of the Second Amended Complaint and file a Third Amended Complaint;

WHEREAS, provided that the Court approves the Stipulation, Plaintiff intends to file the Third Amended Complaint within three court days of the Court's order approving the Stipulation;

WHEREAS, Defendant intends to file a motion to dismiss in response to the Third Amended Complaint ("Motion");

WHEREAS, at present, the Court's first available hearing date for the Motion is in March 2025;

WHEREAS, the Parties have agreed that, subject to Court approval, Defendant will file the Motion by the later of (a) 28 days after Plaintiff files the TAC, or (b) December 2, 2024, and notice the Motion for hearing on April 3, 2025 or the first mutually available hearing date for the Court and Parties thereafter; and

WHEREAS, the Parties have agreed, subject to Court approval, to modify the Civil Local Rule 7-3 briefing deadlines in order permit adequate time to thoroughly brief the issues, making

1  Plaintiff's deadline to oppose the Motion January 10, 2025, and Defendant's deadline to file any
2  reply January 31, 2025;

3      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
4  the Parties through their respective undersigned counsel, subject to Court approval, that:

5      (1) Plaintiff shall file the agreed upon Third Amended Complaint within three court days
6          of the date this Stipulation is approved;

7      (2) Defendant will file the Motion by the later of (a) 28 days after Plaintiff files the TAC,
8          or (b) December 2, 2024, and notice the Motion for hearing on April 3, 2025 or the first
9          mutually available hearing date for the Court and Parties thereafter;

10     (3) Plaintiff's deadline to oppose the Motion shall be January 10, 2025; and

11     (4) Defendant's deadline to file any reply to Plaintiff's opposition to the Motion shall be
12         January 31, 2025.

13 **IT IS SO STIPULATED.**

14     Respectfully submitted,

15 Dated: October 29, 2024    **BAKER & HOSTETLER LLP**

17     By: /s/ *Teresa C. Chow*
        TERESA C. CHOW
18         DYANNE J. CHO

19     *Attorneys for Defendant*
    THERAPYMATCH, INC. d/b/a HEADWAY

21 Dated: October 29, 2024    **KELLER GROVER LLP**

22     By: /s/ *Eric A. Grover*
        ERIC A. GROVER
23         RACHAEL G. JUNG

24     *Attorneys for Plaintiff*
    M.G., individually and on behalf of all others similarly
25     situated

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## **CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I, Eric A. Grover, attest that the other signatory listed Teresa C. Chow, on whose behalf the Stipulation is submitted, concurs in the Stipulation's content and has authorized its filing.

Dated: October 29, 2024

/s/ *Eric A. Grover*
ERIC A. GROVER