**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.G., individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>THERAPYMATCH, INC. d/b/a HEADWAY; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: 3:23-cv-04422-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THERAPYMATCH, INC. D/B/A HEADWAY'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>*[Filed concurrently with Notice of Motion and Motion to Dismiss, and Appendix of Authority]*<br><br>Date:        April 10, 2025<br>Time:       2:00 p.m.<br>Location:  Courtroom 10<br><br>Third Amended<br>Complaint Filed:   November 6, 2024 |

The Court, having considered Defendant THERAPYMATCH, INC. D/B/A HEADWAY's ("Defendant") Motion to Dismiss Plaintiff's Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion"), all opposition and reply papers, and any oral argument thereon, and for good cause appearing, rules as follows:

The Motion is GRANTED in its entirety, and Plaintiff's Third Amended Complaint is hereby dismissed *with prejudice* for failure to state a claim.

**IT IS SO ORDERED.**

Dated: _____                       _____
                                                                    HONORABLE ARACELI MARTÍNEZ-OLGUÍN
                                                                    UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S
THIRD AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6);
CASE NO.: 3:23-CV-04422-AMO