Teresa C. Chow (SBN 237694)
Dyanne J. Cho (SBN 306190)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
*tchow@bakerlaw.com*
*dcho@bakerlaw.com*

Carey S. Busen (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1050 Connecticut Avenue NW, Suite 1100
Washington, DC 20036-5304
Telephone:    202.861.1500
Facsimile:    202.861.1783
*cbusen@bakerlaw.com*

*Attorneys for Defendant*
THERAPYMATCH, INC. d/b/a HEADWAY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.G., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THERAPYMATCH, INC. d/b/a HEADWAY; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  3:23-cv-04422-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:      07/06/2023<br>Action Removed:      08/25/2023<br>FAC Filed:              10/03/2023<br>SAC Filed:              10/16/2024<br>TAC Filed:              11/06/2024<br><br>Current Initial CMC Date:  07/10/2025<br>New Initial CMC Date:      TBD |

/ / /

/ / /

/ / /

1  ERIC A. GROVER (SBN 136080)
   eagrover@kellergrover.com
2  RACHAEL G. JUNG (SBN 239323)
   rjung@kellergrover.com
3  **KELLER GROVER LLP**
   1965 Market Street
4  San Francisco, CA 94103
   Telephone:   415.543.1305
5  Facscimile:   415.543.7861

6  SCOT BERNSTEIN (SBN 94915)
   swampadero@sbernsteinlaw.com
7  **LAW OFFICES OF SCOT D. BERNSTEIN, A
   PROFESSIONAL CORPORATION**
8  101 Parkshore Drive, Suite 100
   Folsom, CA 95630
9  Telephone:   916.447.0100
   Facscimile:   916.933.5533
10

11 DON BIVENS (admitted *pro hac vice*)
   don@donbivens.com
12 **DON BIVENS, PLLC**
   15169 N. Scottsdale Road, Suite 205
13 Scottsdale, AZ 85254
   Telephone:   602.708.1450

14 *Attorneys for Plaintiff*
   M.G., individually and on behalf of all others
15 similarly situated

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1   Plaintiff M.G. ("Plaintiff") and Defendant Therapymatch, Inc. d/b/a Headway
2   ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel of
3   record, hereby stipulate and agree, subject to Court approval, as follows ("Stipulation"):

4   WHEREAS, on July 6, 2023, Plaintiff filed a putative class action complaint against
5   Defendant in the Superior Court of California, County of Alameda in the case captioned *M.G. v.*
6   *Therapymatch, Inc., d/b/a Headway, et al.*, Case No. 23CV037579 (the "State Court Action");

7   WHEREAS, on August 25, 2023, Defendant timely removed the State Court Action to this
8   Court [ECF No. 17];

9   WHEREAS, Plaintiff filed a First Amended Complaint on October 3, 2023 [ECF No. 17],
10  in response to which Defendant filed a contested Motion to Dismiss, *Etc.* on November 2, 2023
11  [ECF No. 20];

12  WHEREAS, on September 16, 2024, the Court issued its Order Granting in Part and
13  Denying in Part Motion to Dismiss the First Amended Complaint [ECF No. 44];

14  WHEREAS, on October 16, 2024, Plaintiff filed a Second Amended Complaint [ECF No.
15  49];

16  WHEREAS, on November 6, 2024, Plaintiff filed a Third Amended Complaint [ECF No.
17  54], in response to which Defendant filed a contested Motin to Dismiss, *Etc.* on December 6, 2024
18  [ECF 57, 57-1];

19  WHEREAS, on May 19, 2025, the Court issued its Order Denying Defendant's Motion to
20  Dismiss the Third Amended Complaint [ECF No. 62];

21  WHEREAS, on May 21, 2025, the Court scheduled an Initial Case Management
22  Conference ("Initial CMC") on July 10, 2025, and set a deadline for the submission of the Joint
23  Case Management Statement on July 2, 2025;

24  WHEREAS, the undersigned Lead Counsel for Defendant will be out-of-state to defend an
25  full-day deposition on July 10, 2025 in another matter;

26  WHEREAS, Lead Counsel for Defendant is required to attend the Initial CMC pursuant to
27  Local Rule 16-10 and Section D.3. of the Court's Standing Order for Civil Cases;

28

1  WHEREAS, in light of the foregoing, Defendant requested, and Plaintiff kindly agreed
2  that, subject to Court approval, the Initial CMC may be continued to a date on which Lead Counsel
3  for the Parties and the Court are mutually available;

4  WHEREAS, upon meeting and conferring and consulting the Court's Scheduling Notes,
5  the Parties determined that it appears that Lead Counsel for the Parties and the Court are each
6  available for an Initial CMC on July 31, 2025, or August 7, 2025;

7  WHEREAS, the Parties have agreed that, subject to Court approval, the Parties will file a
8  Joint Case Management Statement no later than 12 PM PST, seven (7) days prior to the new date
9  set by the Court for the Initial CMC;

10 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
11 the Parties through their respective undersigned counsel, subject to Court approval, that:

12 (1) the Initial CMC will be continued until either July 31, 2025, or August 7, 2025, based
13     on the Court's preference; and

14 (2) the Parties will file a Joint Case Management Statement no later than 12 PM PST, seven
15     (7) days prior to the new date set by the Court for the Initial CMC.

16 **IT IS SO STIPULATED.**

Respectfully submitted,

Dated: June 20, 2025         **BAKER & HOSTETLER LLP**

By:  /s/ *Teresa C. Chow*
     TERESA C. CHOW
     DYANNE J. CHO

*Attorneys for Defendant*
THERAPYMATCH, INC. d/b/a HEADWAY

25  / / /
26  / / /
27  / / /
28

Dated: June 20, 2025

KELLER GROVER LLP

By:   /s/ *Eric A. Grover*
     ERIC A. GROVER
     RACHAEL G. JUNG

*Attorneys for Plaintiff*
M.G., individually and on behalf of all others similarly situated

### CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I, Teresa C. Chow, attest that the other signatory listed Eric A. Grover, on whose behalf the Stipulation is submitted, concurs in the Stipulation's content and has authorized its filing.

Dated: June 20, 2025

/s/ *Teresa C. Chow*
TERESA C. CHOW

### [PROPOSED] ORDER

Pursuant to the Parties' foregoing Stipulation, the Initial CMC is continued to _____, 2025 at 10 AM PST. The Parties shall file a Joint Case Management Statement no later than 12 PM PST, seven (7) days prior to the date of the continued Initial CMC.

**IT IS SO ORDERED.**

                                              HON. ARACELI MARTINEZ-OLGUIN
                                              DISTRICT COURT JUDGE