TERESA C. CHOW (SBN 237694)
tchow@bakerlaw.com
DYANNE J. CHO (SBN 306190)
dcho@bakerlaw.com
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310.820.8800
Facsimile:  310.820.8859

Carey S. Busen (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1050 Connecticut Avenue NW, Suite 1100
Washington, DC 20036-5304
Telephone:  202.861.1500
Facsimile:  202.861.1783
cbusen@bakerlaw.com

*Attorneys for Defendant*
THERAPYMATCH, INC. d/b/a HEADWAY

*(Additional counsel listed on the next page)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G., individually and on behalf of a class of similarly situated individuals,<br><br>                    Plaintiff,<br><br>        v.<br><br>THERAPYMATCH, INC. d/b/a HEADWAY; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No.: 3:23-cv-04422-AMO<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ALL PROCEEDINGS PENDING SCHEDULED MEDIATION**<br><br>[*Filed concurrently with Declaration of Carey S. Busen*]<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: 07/06/2023<br>FAC Filed: 10/03/2023<br>SAC Filed: 10/16/2024<br>TAC Filed: 11/6/2024 |

- 2 -

1   ERIC A. GROVER (SBN 136080)
    eagrover@kellergrover.com
2   RACHAEL G. JUNG (SBN 239323)
    rjung@kellergrover.com
3   **KELLER GROVER LLP**
4   1965 Market Street
    San Francisco, CA 94103
5   Telephone:    415.543.1305
    Facscimile:   415.543.7861
6
7   SCOT BERNSTEIN (SBN 94915)
    swampadero@sbernsteinlaw.com
8   **LAW OFFICES OF SCOT D. BERNSTEIN, A
    PROFESSIONAL CORPORATION**
9   101 Parkshore Drive, Suite 100
    Folsom, CA 95630
10  Telephone:    916.447.0100
11  Facscimile:   916.933.5533

12  DON BIVENS (admitted *pro hac vice*)
    don@donbivens.com
13  **DON BIVENS, PLLC**
    15169 N. Scottsdale Road, Suite 205
14  Scottsdale, AZ 85254
15  Telephone:    602.708.1450

16  *Attorneys for Plaintiff*
17  M.G., individually and on behalf of all others
    similarly situated

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Pursuant to Northern District of California Civil Local Rule 6-2(a), Plaintiff M.G. ("Plaintiff") and Defendant Therapymatch, Inc. d/b/a Headway ("Defendant" and together with Plaintiff, the "Parties"), by and through their respective undersigned attorneys, respectfully submit this Stipulation to Stay All Proceedings Pending Scheduled Mediation ("Stipulation")[1], subject to Court approval, based on the following facts:

WHEREAS, on July 6, 2023, Plaintiff filed a putative class action complaint (the "Complaint") against Defendant in the Superior Court of California, County of Alameda, in the case captioned *M.G. v. Therapymatch, Inc., d/b/a Headway, et al*., Case No. 23CV037579 (the "State Court Action");

WHEREAS, on July 27, 2023, Plaintiff served Defendant with a copy of the Complaint and Summons in the State Court Action;

WHEREAS, on August 25, 2023, Defendant removed the State Court Action to this Court (Dkt. 1);

WHEREAS, Plaintiff filed a First Amended Complaint on October 3, 2023 (Dkt. 17);

WHEREAS, on September 16, 2024, the Court issued its Order Granting in Part and Denying in Part Motion to Dismiss the First Amended Complaint (Dkt. 44);

WHEREAS, on October 16, 2024, Plaintiff filed a Second Amended Complaint (Dkt. 49);

WHEREAS, the Parties stipulated that Plaintiff would strike and revise certain paragraphs of the Second Amended Complaint (Dkt. 51);

WHEREAS, on November 6, 2024, Plaintiff filed a Third Amended Complaint (Dkt. 54);

WHEREAS, on December 6, 2024, Defendant filed its Answer to the Third Amended Complaint (Dkt. 56) and moved to dismiss the Third Amended Complaint (Dkt. 57);

WHEREAS, on May 19, 2025, the Court issued its Order Denying Motion to Dismiss Third Amended Complaint (Dkt. 62);

WHEREAS, on June 2, 2025, Defendant filed its Supplemental Answer to the Third Amended Complaint (Dkt. 65);

---

[1] By entering into and filing this Stipulation, Defendant does not waive any rights or defenses.

WHEREAS, on May 21, 2025, the Court scheduled an Initial Case Management Conference ("Initial CMC") on July 10, 2025, and set a deadline for the submission of the Joint Case Management Statement on July 2, 2025;

WHEREAS, on June 20, 2025, the Parties stipulated to reschedule the Initial CMC to a date mutually agreed upon by the Parties (Dkt. 66);

WHEREAS, on June 20, 2025, the Court granted the Parties' Stipulation and rescheduled the Initial Case Management Conference for August 7, 2025, and ordered the Parties to submit the Case Management Statement no later than noon on July 31, 2025 (Dkt. 67);

WHEREAS, the Parties initiated settlement discussions and agreed to schedule a session of mediation (Declaration of Carey S. Busen ("Busen Decl."), ¶ 3);

WHEREAS, the Parties have not yet been able to schedule a mediation with a mediator, but agreed to do so by July 25, 2025 (Busen Decl., ¶ 4);

WHEREAS, counsel for the Parties have met and conferred, and agree that, in the interest of conserving party resources and for the sake of judicial economy, all proceedings should be stayed until at least thirty (30) days after mediation, to allow the Parties sufficient time to complete settlement discussions (Busen Decl., ¶ 5);

WHEREAS, the Parties will notify the Court of the date scheduled for the mediation by July 25, 2025 (Busen Decl., ¶ 4);

WHEREAS, the foregoing agreement was reached for good cause and as a result of good faith meet and confer communications between undersigned counsel for the Parties;

NOW THEREFORE, in order to allow sufficient time to complete the session of mediation and engage in any further follow-up discussions, the Parties hereby stipulate, subject to Court approval, to stay all proceedings, up to and including thirty (30) days after the mediation session.

///

///

///

Dated: July 10, 2025          Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:   */s/ Carey S. Busen*
      CAREY S. BUSEN
      TERESA C. CHOW
      DYANNE J. CHO

Dated: July 10, 2025          *Attorneys for Defendant*
                              THERAPYMATCH, INC. d/b/a HEADWAY

**KELLER GROVER LLP**

By:   */s/ Eric A. Grover*
      ERIC A. GROVER
      RACHAEL G. JUNG

*Attorneys for Plaintiff*
M.G., individually and on behalf of all others similarly situated

### CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I, Carey S. Busen, attest that the other signatory listed Eric A. Grover, on whose behalf the Stipulation is submitted, concurs in the Stipulation's content and has authorized its filing.

Dated: July 10, 2025          */s/ Carey S. Busen*
                              Carey S. Busen

# [PROPOSED] ORDER

Pursuant to the Parties' foregoing Stipulation, all proceedings are stayed, up to and including thirty (30) days after the mediation session. The Parties shall notify the Court of the date scheduled for the mediation by July 25, 2025.

**IT IS SO ORDERED.**

Date: July 11, 2025

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
DISTRICT COURT JUDGE