1  TERESA C. CHOW (SBN 237694)
   tchow@bakerlaw.com
2  DYANNE J. CHO (SBN 306190)
   dcho@bakerlaw.com
3  **BAKER & HOSTETLER LLP**
   1900 Avenue of the Stars, Suite 2700
4  Los Angeles, CA 90067-4301
   Telephone:    310.820.8800
5  Facsimile:    310.820.8859

6  Carey S. Busen (admitted *pro hac vice*)
   **BAKER & HOSTETLER LLP**
7  1050 Connecticut Avenue NW, Suite 1100
   Washington, DC 20036-5304
8  Telephone:    202.861.1500
   Facsimile:    202.861.1783
9  *cbusen@bakerlaw.com*

10 *Attorneys for Defendant*
   THERAPYMATCH, INC. d/b/a HEADWAY
11
   *(Additional counsel listed on the next page)*
12

13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16 M.G., individually and on behalf of a class of      ) Case No.: 3:23-cv-04422-AMO
   similarly situated individuals,                     )
17                                                      ) <u>CLASS ACTION</u>
                        Plaintiff,                      )
18                                                      ) **NOTICE OF SCHEDULED**
                 v.                                     ) **MEDIATION DATE AND**
19                                                      ) **SUPPLEMENTAL STIPULATION TO**
   THERAPYMATCH, INC. d/b/a HEADWAY;                    ) **STAY ALL PROCEEDINGS PENDING**
20 and DOES 1 through 100, inclusive,                   ) **SCHEDULED MEDIATION**
                                                        )
21                      Defendants.                     )
                                                        )
22                                                      ) <u>**DEMAND FOR JURY TRIAL**</u>
                                                        )
23                                                      ) Complaint Filed:    07/06/2023
                                                        ) FAC Filed:          10/03/2023
24                                                      ) SAC Filed:          10/16/2024
                                                        ) TAC Filed:          11/6/2024
25 ─────────────────────────────────────── )

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
RACHAEL G. JUNG (SBN 239323)
rjung@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, CA 94103
Telephone:    415.543.1305
Facsimile:    415.543.7861

SCOT BERNSTEIN (SBN 94915)
swampadero@sbernsteinlaw.com
**LAW OFFICES OF SCOT D. BERNSTEIN, A
PROFESSIONAL CORPORATION**
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:    916.447.0100
Facsimile:    916.933.5533

DON BIVENS (admitted *pro hac vice*)
don@donbivens.com
**DON BIVENS, PLLC**
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone:    602.708.1450

*Attorneys for Plaintiff*
M.G., individually and on behalf of all others
similarly situated

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1    Pursuant to Northern District of California Civil Local Rule 6-2(a), Plaintiff M.G.

2    ("Plaintiff") and Defendant Therapymatch, Inc. d/b/a Headway ("Defendant" and together with

3    Plaintiff, the "Parties"), by and through their respective undersigned attorneys, respectfully submit

4    this Notice of Scheduled Mediation and Supplemental Stipulation to Stay All Proceedings Pending

5    Scheduled Mediation ("Stipulation")[1], subject to Court approval, based on the following facts:

6    WHEREAS, on July 6, 2023, Plaintiff filed a putative class action complaint (the

7    "Complaint") against Defendant in the Superior Court of California, County of Alameda, in the

8    case captioned *M.G. v. Therapymatch, Inc., d/b/a Headway, et al*., Case No. 23CV037579 (the

9    "State Court Action");

10    WHEREAS, on July 27, 2023, Plaintiff served Defendant with a copy of the Complaint and

11    Summons in the State Court Action;

12    WHEREAS, on August 25, 2023, Defendant removed the State Court Action to this Court

13    (the "Action") (Dkt. 1);

14    WHEREAS, Plaintiff filed a First Amended Complaint in the Action on October 3, 2023

15    (Dkt. 17);

16    WHEREAS, on September 16, 2024, the Court issued its Order Granting in Part and

17    Denying in Part Motion to Dismiss the First Amended Complaint (Dkt. 44);

18    WHEREAS, on October 16, 2024, Plaintiff filed a Second Amended Complaint in the

19    Action (Dkt. 49);

20    WHEREAS, the Parties stipulated that Plaintiff would strike and revise certain paragraphs

21    of the Second Amended Complaint (Dkt. 51);

22    WHEREAS, on November 6, 2024, Plaintiff filed a Third Amended Complaint in the

23    Action (Dkt. 54);

24    WHEREAS, on December 6, 2024, Defendant filed its Answer to the Third Amended

25    Complaint (Dkt. 56) and moved to dismiss the Third Amended Complaint (Dkt. 57);

26    WHEREAS, on May 19, 2025, the Court issued its Order Denying Motion to Dismiss Third

27    Amended Complaint (Dkt. 62);

28

---

[1] By entering into and filing this Stipulation, Defendant does not waive any rights or defenses.

- 3 -

1  WHEREAS, on June 2, 2025, Defendant filed its Supplemental Answer to the Third

2  Amended Complaint (Dkt. 65);

3  WHEREAS, on May 21, 2025, the Court scheduled an Initial Case Management Conference

4  ("Initial CMC") on July 10, 2025, and set a deadline for the submission of a Joint Case Management

5  Statement on July 2, 2025;

6  WHEREAS, on June 20, 2025, the Parties filed a Stipulattion regarding Initial Case

7  Management Conference ("Stipulation re: Initial CMC"), requesting that the Court reschedule the

8  Initial CMC to a date mutually agreed upon by the Parties (Dkt. 66);

9  WHEREAS, on June 20, 2025, the Court approved the Parties' stipulation re: Initial CMC,

10  rescheduled the Initial CMC for August 7, 2025, and ordered the Parties to submit a Joint Case

11  Management Statement no later than noon on July 31, 2025 (Dkt. 67);

12  WHEREAS, on July 10, 2025, the Parties filed a Stipulation to Stay All Proceedings

13  Pending Scheduled Mediation ("Stipulation to Stay"), which represented that they would notify the

14  Court of the scheduled mediation date no later than July 25, 2025 (Dkt. 68);

15  WHEREAS, on July 11, 2025, the Court approved the Parties' Stipulation to Stay and

16  ordered the Parties to notify the Court of the date scheduled for the mediation by July 25, 2025

17  ("Stay Order") (Dkt. 69);

18  WHEREAS, pursuant to the Stay Order, the Parties hereby notify the Court that they have

19  now scheduled a mediation for November 13, 2025, and supplement their Stipulation to Stay by

20  respectfully requesting that the Court enter an order staying the Action until thirty (30) days after

21  the scheduled mediation, or December 15, 2025;

22  WHEREAS, the Parties further agree that their respective undersigned counsel shall notify

23  the Court no later than November 24, 2025 of the outcome of the mediation and the Parties'

24  position(s) regarding whether the stay should continue with the exception of settlement-related

25  proceedings, or should be lifted as of December 15, 2025; and

26  WHEREAS, the foregoing agreement was reached for good cause and as a result of good

27  faith meet and confer communications between undersigned counsel for the Parties;

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1    NOW THEREFORE, the Parties hereby notify the Court that they will mediate this matter

2    on November 13, 2025; and stipulate, subject to Court approval, that (1) they will notify the Court

3    no later than November 24, 2025 of the outcome of the mediation and the Parties' position(s)

4    regarding whether the stay should continue with the exception of settlement-related proceedings,

5    or should be lifted as of December 15, 2025; and (2) all proceedings in the Action shall be stayed

6    until December 15, 2025 pending further order of the Court.

7    IT IS SO STIPULATED.

8

9    Dated: July 25, 2025              Respectfully submitted,

10                                     **BAKER & HOSTETLER LLP**

11                                     By:    /s/ Carey S. Busen
                                             CAREY S. BUSEN
12                                           TERESA C. CHOW
                                             DYANNE J. CHO
13

14                                     *Attorneys for Defendant*
                                       THERAPYMATCH, INC. d/b/a HEADWAY
15

16    Dated: July 25, 2025              **KELLER GROVER LLP**

17                                     By:    /s/ Eric A. Grover
                                             ERIC A. GROVER
18                                           RACHAEL G. JUNG

19                                     *Attorneys for Plaintiff*
                                       M.G., individually and on behalf of all others similarly
20                                     situated

21

22    <u>**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**</u>

23    I, Carey S. Busen, attest that the other signatory listed Eric A. Grover, on whose behalf the

24    Stipulation is submitted, concurs in the Stipulation's content and has authorized its filing.

25

26    Dated: July 25, 2025                            /s/ Carey S. Busen
                                                      Carey S. Busen
27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**[PROPOSED] ORDER**

Pursuant to the Parties' foregoing Stipulation, all proceedings are stayed, up to and including December 15, 2025. The Parties shall notify the Court no later than November 24, 2025 of the outcome of the mediation and the Parties' position(s) regarding whether the stay should continue with the exception of settlement-related proceedings, or should be lifted as of December 15, 2025.

**PURSUANT TO STIPULATIONT, IT IS SO ORDERED.**

Dated: _____        _____
                                HONORABLE ARACELI MARTÍNEZ-OLGUÍN
                                UNITED STATES DISTRICT JUDGE

NOTICE OF SCHEDULED MEDIATION DATE AND SUPPLEMENTAL STIPULATION TO STAY
CASE NO. 3:23-cv-04422-AMO